UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO. 8:06-CV-00597-JSM-MSS

LINDA S. DAVIDSON,

    Plaintiff,

v.

REMINGTON EMPLOYERS
CORPORATION, d/b/a HILTON
OF ST. PETERSBURG,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Voluntary Dismissal With Prejudice. It appears to the Court that due cause exists to dismiss this matter. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the above cause be and the same is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. All pending motions are denied as moot. This case is closed.

**DONE AND ORDERED** in Chambers, at Tampa, Florida, this 6 day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

cc:    Steven A. Siegel, Esquire
        Linda S. Davidson, *Pro Se* Plaintiff